part of the trial court. For these reasons the sentence will not be disturbed. *People v. Spicer* (1970), 47 Ill.2d 114, 264 N.E.2d 181.

Judgment affirmed.

DEMPSEY and MEJDA, JJ., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EMITT R. JORDAN, Petitioner-Appellant.

(No. 58721; ▮▮▮▮▮▮▮▮▮)

First District (3rd Division)—January 31, 1974.

Opinion by Mr. JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Sharon Hope Grossman, Assistant State's Attorneys, of counsel), for the People.